**Lynn Renee WILLIAMSON,**
**Respondent,**

v.

**Curtis Lee NICHOLS, Sr., Appellant.**

**No. WD 75876.**

Missouri Court of Appeals,
Western District.

Oct. 29, 2013.

---

Jacki Breen, Kansas City, MO, for Appellant.

William Bird, St. Joseph, MO, for Respondent.

Before Division One: ALOK AHUJA, P.J.; THOMAS H. NEWTON, and ANTHONY R. GABBERT, JJ.

### ORDER

PER CURIAM:

Mr. Curtis Lee Nichols, Sr., appeals the trial court's decision denying custody, visitation rights, and imposing a no-contact order due to physical, sexual, and verbal abuse of the children.

For reasons stated in the memorandum provided to the parties, the judgment of the trial court is affirmed in accordance with Rule 84.16(b).